# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARREN E. JOSEPH, JR.

NO. 2023 KW 1293

FEBRUARY 16, 2024

---

In Re:    Warren E. Joseph, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 248207.

---

BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.

WRIT DENIED.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT